# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE<br>(For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 10-po-01137-MJW-01 |
| KEVIN MCLAUGHLIN | Kathryn J. Stimson, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to Counts One of the Violation Notice and One of the Information.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13 and 36 C.F.R. 4.23(a)(1) | Operating a Motor Vehicle Under the Influence of Drugs | 06/23/2010 | One (Violation Notice) |
| 18 U.S.C. § 13 and C.R.S. 18-18-428 | Possession of Drug Paraphernalia | 06/23/2010 | One (Information) |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining charges as to defendant, are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

October 22, 2010
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

10/27/2010
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons before noon on November 29, 2010.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $10.00 | $0.00 | $0.00 |
| One | $5.00 | $100.00 | $0.00 |
| **TOTALS** | $15.00 | $100.00 | $0.00 |

DEFENDANT: KEVIN MCLAUGHLIN
CASE NUMBER: 10-po-01137-MJW-01  Judgment-Page 3 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment and fine are due and payable in full immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court, unless otherwise directed by the Court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment; (2) fine.